IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STARLET HOWIE,
Petitioner,

v.

Case No. 19–CV–01141–JPG

UNITED STATES OF AMERICA,
Respondent.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Starlet Howie's Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED**.

**Dated: Thursday, June 3, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                 **J. PHIL GILBERT**
                 **UNITED STATES DISTRICT JUDGE**